# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAR DEVELOPMENT, LLC** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-3783 |
| | : | |
| **MODERATE INCOME** | : | |
| **MANAGEMENT COMPANY &** | : | |
| **KINGSBURY CORPORATION &** | : | |
| **CHRIS RZECZKOWSKI** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **11th** day of **September 2020**, upon consideration of Plaintiff's Motion to Transfer Venue to the District of New Jersey (ECF No. 11) and Defendants' Response in opposition (ECF No. 13), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion to Transfer Venue to the District of New Jersey (ECF No. 11) is **GRANTED**. This action shall be transferred to the United States District Court for the District of New Jersey. The Clerk of Court is directed to transfer the case file to the United States District Court for the District of New Jersey and close this matter for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
